# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1882

_____

LaRonda Phox,                              *
                                           *
        Appellant,              *
                                           *
                                           *   Appeal from the United States
   v.                                     *   District Court for the
                                           *   Western District of Missouri.
Lee's Summit School District,              *
                                           *   [UNPUBLISHED]
        Appellee.               *

_____

Submitted: May 19, 2008
Filed: May 23, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

LaRonda Phox appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. To the extent Phox has properly challenged the district court's analysis of her race-based retaliation, failure-to-promote, unequal-pay, and disparate-impact claims, we find no basis for overturning the grant of summary judgment and Phox has provided none. See Hesse v. Avis Rent A Car Sys., Inc., 394 F.3d 624, 629 (8th Cir. 2005) (summary judgment standard of review); Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004) (declining to consider pro se claims

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

and allegations advanced for first time on appeal).  Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.  We also deny Phox's motion to supplement the record.

_____